IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YANCEY BAILEY, #316-376 | : | |
| Plaintiff | : | |
| v | : | Civil Action No. CCB-05-2278 |
| THOMAS DARCON<br>and D. DEURR | : | |
| | : | |
| Defendants | | |

o0o
## MEMORANDUM

The above-captioned case was filed by plaintiff on August 18, 2005, together with a Motion to Proceed In Forma Pauperis. Because plaintiff appears to be indigent, his motion shall be granted.

Plaintiff alleges that defendants assaulted him by choking him and slamming his head against a table. Paper No. 1 at pp. 4 – 5. Plaintiff has indicated on the pre-printed complaint form that he filed an administrative remedy procedure form regarding this incident but has not yet received a response to the complaint. *Id*. at p. 2.

Under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), no action shall be brought by a prisoner with respect to prison conditions under 42 U.S.C. § 1983 or any other federal law until he or she has exhausted available administrative remedies. *See Porter v. Nussle*, 534 U.S. 516, 542 (2002); *Booth v. Churner*, 532 U.S. 731, 739 (2001). Having reviewed plaintiff's complaint, this court concludes that it would be appropriate in the interest of justice and to promote the speedy resolution of this action for plaintiff to demonstrate exhaustion of administrative procedures as set forth in DCD 185-001, *et seq*. The court is of the view that, in this case, the administrative procedures set forth in DCD 185-001, *et seq*., will aid the court in

making factual determinations and that the delay involved will not unduly burden or prejudice plaintiff's rights.   Upon submission of evidence that administrative remedies have been exhausted, plaintiff may re-file this cause of action for the court's consideration.

Accordingly, a separate Order shall be entered granting plaintiff leave to proceed in forma pauperis, but dismissing his cause of action without prejudice to allow him to exhaust administrative remedies properly pursuant to 42 U.S.C. § 1997e.  Plaintiff may refile his action after he has exhausted his administrative remedies through the institutional (Warden) and Division of Headquarters (Commissioner) levels.

<u>October 4, 2005</u>　　　　　　　　　　　　<u>/s/　　　　　　　　　　　　　　　　</u>
Date　　　　　　　　　　　　　　　　　　Catherine C. Blake
　　　　　　　　　　　　　　　　　　　　United States District Judge